UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

    - against -

FRANK LOCASCIO,

        Defendant.
-----------------------------------------------------------x

ORDER
90-CR-1051

**GLASSER**, Senior United States District Judge:

The government is respectfully requested to inform the Court as to whether its motion to compel the return of sealed material [ECF No. 422] is moot.

SO ORDERED.

Dated: Brooklyn, New York
      May 8, 2024

                                                    /s/
                                                    I. Leo Glasser
                                                    Senior United States District Judge